## HILL *v.* MATTHEWS.

PER CURIAM. The petition in this case not plainly, distinctly, and fully setting out any case entitling the plaintiff to reformation of the deed in question, the court below did not err in sustaining a demurrer to the petition and in dismissing the same.

*Judgment affirmed. All the Justices concur, except Hill, J., absent.*

No. 5679. OCTOBER 1, 1927.

Equitable petition. Before Judge Hardeman. Toombs superior court. August 26, 1926.

*L. C. Underwood* and *J. Wade Johnson,* for plaintiff.

*W. M. Lewis* and *Saffold & Sharpe,* for defendants.

Reformation of Instruments, 34 Cyc. p. 971, n. 26.